## Adrienne Falcon and Joseph Falcon, Appellants, v. Albert La Roche, Appellee.

**Gen. No. 46,405.** 

First District, Third Division.

December 29, 1954.

Released for publication January 27, 1955.

John G. Phillips, for appellants; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Max E. Wildman, John M. O'Connor, Jr., and John J. Edman, of counsel. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.**